Tampa Coffee Mills, Incorporated, *et al.,* Appellants, v. Zetta M. Johnson, etc., Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*Brown & Graham,* for Appellee.

City of Daytona Beach, a municipal corporation, etc., Appellant, v. R. W. Orrell, Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*Leon J. C. Harton,* for Appellant.

*P. W. Harvey,* for Appellee.

J. Wesley Gardner, Appellant, v. M. A. Smith, as Liquidator of the Bank of Bay Biscayne, Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*J. M. Flowers,* for Appellant.

*Marshall F. Sanders,* for Appellee.